

**CORPORATION SERVICE COMPANY**

# Notice of Service of Process

SBR / ALL
Transmittal Number: 11409252
Date Processed: 07/22/2013

| | |
|---|---|
| Primary Contact: | Jeffrey McCabe<br>Ocwen Financial Corporation<br>1661 Worthington Road<br>Suite 100<br>West Palm Beach, FL 33409 |
| Entity: | Ocwen Loan Servicing, LLC<br>Entity ID Number 2122003 |
| Entity Served: | Ocwen Loan Servicing LLC |
| Title of Action: | Ferank Bonadio vs. Ocwen Loan Servicing LLC |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Contract |
| Court/Agency: | James City County Circuit Court, Virginia |
| Case/Reference No: | CL13-1260 |
| Jurisdiction Served: | Virginia |
| Date Served on CSC: | 07/22/2013 |
| Answer or Appearance Due: | 21 Days |
| Originally Served On: | Commonwealth of Virginia on 07/17/2013 |
| How Served: | Personal Service |
| Sender Information: | Frank Bonadio<br>not shown |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

To avoid potential delay, please do not send your response to CSC
CSC is SAS70 Type II certified for its Litigation Management System.
2711 Centerville Road Wilmington, DE 19808 (888) 690-2882 | sop@cscinfo.com

EXHIBIT A

# COMMONWEALTH OF VIRGINIA



WILLIAMSBURG/JAMES CITY COUNTY
Civil Division
5201 MONTICELLO AVE. #6
WILLIAMSBURG VA
(757) 564-2242

Summons

To: OCWEN LOAN SERVICING LLC
BANK OF AMERICA, 16TH FL.
1111 E. MAIN STREET
RICHMOND VA 23219

Case No. 830CL13001260-00

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment, or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Wednesday, July 17, 2013

Clerk of Court: BETSY B. WOOLRIDGE

by _Natalie C. Cradic_
(CLERK/DEPUTY CLERK)

Instructions:

Hearing Official:

Attorney's name: BONADIO, FRANK

FRANK BONADIO

CIRCUIT COURT OF JAMES CITY COUNTY

| | |
|---|---|
| #FRANK BONADIO | ) #Case No.: CL13-1260 |
| vs. | ) |
| OCWEN LOAN SERVICING LLC, | ) COMPLAINT |
| THE HUNOVAL LAW FIRM, POORE | ) |
| SUBSTITUTE TRUSTEE LTD AND | ) |
| DAVID TKACH AND OCWEN LOAN | |
| SERVICING BOARD OF DIRECTORS. | |
| ITS fendants | |

Plaintiff is an individual and resident of Williamsburg Virginia Defendants are corporations, LLC, some individuals and the Board of Directors. This complaint is being filed in Williamsburg, James City County Circuit Court. The Counts on this civil lawsuit are as follows:

Summary Brief of all counts

COUNT ONE - OCWEN has committed intentional and malicious TORT. They have ruined my reputation and destroyed my ability to ever get a

mortgage or own a home again. Rendering me homeless.

COUNT TWO - OCWEN and others have violated federal housing laws and have caused my tenant to vacate and leave the property. That lease was worth over $25,000 in damages.

COUNT THREE - OCWEN and others have violated federal laws regarding the UGMA lien on the property which was grandfathered back in 2002. Under the UGMA (Under Guardian/custodian Act for minors). Damages are in excess of $174,000 and is good until 2020 with compounding interest if not paid. Foreclosure on the property violates the lien and breaches the contract and triggers interference with fiduciary responsibility. Our daughter now 23 years old was a minor at the time it was grandfathered and was 9 years old.

COUNT FOUR - OCWEN and others breached specific performance under contractual relationship with lender. Promises were made about the type of loan modification I was going to get. It started out as a HAMP 2 % interest loan with payments of $1088.96 per month. I made many payments and then after losing my Job OCWEN told me DO NOT WORRY EVERYTHING WILL BE OK. Another lie. I was promised this 2% rate and payment for three years but OCWEN broke their agreement and only gave it to me for 3 months.

COUNT FIVE - OCWEN and others from the HUNOVAL LAW FIRM in North Carolina sent me certified letter indicating that I owed them $318,000 which I told them was incorrect and they had the wrong lender. My loans were with Home EQ and FREEMONT Savings and loan not the MERS entities referenced in their letter dated February 11, 2013. I disputed the letter and sent information back to this firm in North Carolina.

COUNT SIX - OCWEN and others were aware of my identity theft and the death of my wife as recognized hardship situations and told me on many occasions DO NOT WORRY you will not lose your home.

COUNT SEVEN - It is difficult to put a value on a lot of areas covered in this case. Being homeless and not ever being able to own a home because I cannot get a loan is Huge. You how it feels when I was lied to by many people at OCWEN and it is very painful especially for my daughter who still has not completed the grieving on the loss of her mother, my wife of 38 years. The emotional stress and pain from the OCWEN and all of this has been unbearable.

COUNT EIGHT -OCWEN and others violated specific contractual obligations that resulting in breaching a contract with specific performance.

LIST OF EXHIBITS

1. Letter from Poore dated May 23, 2013
2. Letter from OCWEN dated June 10, 2013
3. Letter from Hunoval Law Firm
4. Letter from OCWEN dated June 5, 2013
5. OCWEN cases involving TORT, FORECLOSURE, Loan Modifications and others.

### DAMAGES

*(sometimes called "Prayer for Relief")*

WHEREFORE, Plaintiff seeks compensatory damages in the amount of $500,000 together with attorney fees and court costs.

Dated this 29th day of June, 2013

MR. /s/ Frank Bonadio



# POORE
SUBSTITUTE TRUSTEE, LTD

May 23, 2013

**Certified Mail and Regular Mail**

ASHLEY NOEL BONADIO
3505 DANBURY PLACE
WILLIAMSBURG, VA 23188

      RE:    NOTICE OF FORECLOSURE SALE

            Property:    3505 DANBURY PLACE, WILLIAMSBURG, VA 23188
            Grantor(s):  FRANK J BONADIO

Dear SIR/MADAM:

     On August 10, 2005, the Grantor(s) executed a Deed of Trust which is recorded in the Clerk's Office of the Circuit Court for JAMES CITY, Virginia (the 'Deed of Trust'). The Deed of Trust encumbers the Property. A review of the land records indicates that you may have a lien against the Property or other interest therein. Poore Substitute Trustee, LTD., has been appointed and serves as Substitute Trustee under the Deed of Trust.

     Please accept this correspondence as notice that Poore Substitute Trustee, LTD., will offer the Property for sale on June 11, 2013 at 1:15PM in the front of the Circuit Court building for JAMES CITY, 5201 MONTICELLO AVENUE, WILLIAMSBURG, VA 23188-8218. A copy of the advertisement of sale and Deed of Appointment of Substitute Trustee are enclosed.

Sincerely,

Poore Substitute Trustee, LTD



OCWEN

June 10, 2013

Franke Bonadio
P.O Box 5391
Williamsburg, VA 23188

RE:    Property Address:  3505 Danbury Place, Williamsburg, VA

Dear Mr. Bonadio:

The Office of the Consumer Ombudsman would like to thank you for your recent correspondence regarding the above referenced loan. This office will review the servicing of the loan in relation to the issues raised. It is our goal to complete this review within ten (10) business days from receipt of your correspondence.

If the servicing of the loan was assigned, sold or transferred to Ocwen from a prior servicer, we may be required to obtain information concerning the loan from the prior servicer. The process of obtaining this information takes time, but we are committed to responding within the aforementioned ten (10) business day period.

Upon completion of our review, we will provide a written response.

Sincerely,

Office of the Consumer Ombudsman
Ocwen Loan Servicing, LLC
NMLS # 1852

P.O. Box 785061, Orlando, FL 32878-5061
Telephone: (800) 390-4656    Fax: (866) 771-5152

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.

This document was prepared by:

Hunoval Law Firm, PLLC
501 Minuet Lane, #104A
Charlotte, NC 28217

Please return the recorded documents to:
Hunoval Law Firm, PLLC
501 Minuet Lane, #104A
Charlotte, NC 28217

TAX MAP # 4712000101    CASE#: 110.008602

## APPOINTMENT OF SUBSTITUTE TRUSTEES

WHEREAS, HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR FREMONT HOME LOAN TRUST 2005-D, MORTGAGE-BACKED CERTIFICATES, SERIES 2005-D is the present holder of the Note secured by the below described Deed of Trust (hereafter referred to as 'Noteholder'), GRANTOR herein, and the 'Original Grantor(s)' of said Deed of Trust is/are FRANK J BONADIO, GRANTOR(S) for recordation; And the Grantee(s) herein is 'Substitute Trustee' POORE SUBSTITUTE TRUSTEE, LTD, a Virginia Corporation whose place of business is 6802 Paragon Place, Suite 410, Richmond, VA 23230.

WHEREAS, by a Deed of Trust dated August 10, 2005, and recorded among the land records of JAMES CITY, Virginia, as Instrument No. 050019439 and recorded on August 22, 2005, the said 'Original Grantor(s)' conveyed to LONG, LONG & KELLERMAN, P.C the Original Trustee(s) certain real property described in said Deed of Trust to secure an indebtedness evidenced by a promissory note of the same date and also described in said Deed of Trust, which said Deed of Trust provides that the original Trustee(s) may be removed and a substitute Trustee may be appointed; and

NOW, THEREFORE, by virtue of the authority contained in the aforementioned Deed of Trust, the undersigned Noteholder does hereby remove the Original Trustees and/or successors and appoint as Substitute Trustee the GRANTEE, and said Substitute Trustee may act in

accordance with the provisions of said Deed of Trust, and does succeed to all the title, power and duties conferred upon the Original Trustee(s) by the terms of said Deed of Trust and by applicable law.

WITNESS the following signature dated **MAY 6**, 2013.

NOTEHOLDER: HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR FREMONT HOME LOAN TRUST 2005-D, MORTGAGE-BACKED CERTIFICATES, SERIES 2005-D, BY OCWEN LOAN SERVICING, LLC, ITS ATTORNEY-IN-FACT

By: _____
Name: **KRYSTLE HERNANDEZ**
Title: **Contract Management Coordinator**

STATE OF FLORIDA )
COUNTY OF PALM BEACH ) SS.

The foregoing instrument was acknowledged and sworn before me this **6** day of **MAY**, 2013, by **KRYSTLE HERNANDEZ** as a _____ of Ocwen Loan Servicing, LLC, who is personally known to me or who has produced _____ as identification, on behalf of Ocwen Loan Servicing, LLC, its attorney in fact for HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR FREMONT HOME LOAN TRUST 2005-D, MORTGAGE-BACKED CERTIFICATES, SERIES 2005-D.

Given under my hand this **6** day of **MAY**, 2013

_____
Notary Public  Allyson Rivera

My Commission expires: **1-28-17**
(Seal)
Trustee's File # 110.008602

**Ocwen Loan Servicing, LLC**
*Helping Homeowners is What We Do*

WWW.OCWEN.COM

06/05/13

Frank Bonadio

P.O Box. 5391
Williamsburg, VA 23188

Loan Number:      7090566105
Property Address: 3505 Danbury Place, Williamsburg, VA 23188

# A FORECLOSURE SALE HAS BEEN SCHEDULED ON YOUR HOME

# BUT IT MAY NOT BE TOO LATE TO SAVE IT

Although Ocwen Loan Servicing, LLC has made several attempts to contact you regarding the serious situation concerning your home, your situation remains unresolved.

A foreclosure sale has been scheduled on your property.

**We urge you to contact us to:**
Discuss possible alternatives
Save your home

## WE ARE ALMOST OUT OF TIME, BUT IF YOU CALL TODAY WE MAY BE ABLE TO HELP

## We were able to help H. Carrizoza of San Jacinto, California, who came home and saw a Notice of Sale posted on his front door.

"I panicked when I saw there was a sale scheduled in 3 weeks. I called all those numbers and places you see advertised to 'Save Your Home' and 'Stop Foreclosure.' They all said it was too late, the sale was scheduled and it takes at least 30 days to work out a plan. One was even charging $6,000 and could not guarantee they could stop it in time. I checked a recent statement from Ocwen and it had a number listed to call for help. **I made the call, explained my situation and they were able to get a plan approved and out to me in four days.** I signed the plan, sent it back, made the down payment and **my sale was stopped the day before it was scheduled.**"

## PLEASE CONTACT US UPON RECEIPT OF THIS LETTER AT 1-800-74OCWEN (1-800-746-2936).

We've extended our hours because of the large number of people taking our offers. We are now open from Monday to Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 12:00 pm to 9:00 pm ET

Sanjay Das has been assigned as your relationship manager and will be your designated representative for resolution inquiries and submission of documents

7090566105                                                                                                          FCSLR.9

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. If you or your account are subject to a pending bankruptcy or your obligation referenced in this statement has been discharged in bankruptcy, this statement is for informal purposes only and is not an attempt to collect a debt.*

NMLS # 1852

**Ocwen Loan Servicing, LLC**
*Helping Homeowners is What We Do*

WWW.OCWEN.COM

**HELPING YOU STAY IN YOUR HOME.** 

*You may be able to make your payments more affordable.*

*Act now to get the help you need!*

Dear Borrower,

There is help available if you are having difficulty making your mortgage loan payments. You may be eligible for the Home Affordable Modification Program, part of the initiative announced by President Obama to help homeowners.

As your mortgage loan servicer, we will work with you in an effort to make your mortgage payment affordable. You will not pay any fees to take advantage of this opportunity to modify your mortgage loan payment and keep your property. Now is the time to act. We are ready to help you.

Here's how it works: We will first determine if you are eligible based on your situation. To conduct this evaluation, we need you to submit an Initial Package consisting of a Request for Mortgage Assistance form (including all necessary certifications), an IRS Form 4506T-EZ or Form 4506-T, and documentary evidence of all income. You may obtain the Request for Mortgage Assistance form and the IRS Form 4506T-EZ or Form 4506-T form at www.ocwencustomers.com.

If you are eligible, we will look at your monthly income and housing costs, including any past due payments, and then determine an affordable mortgage payment.

At first, you will make new, affordable monthly payments on your mortgage loan during a trial period. If you make those payments successfully and fulfill all trial period conditions, we will permanently modify your mortgage loan.

The modification may involve some or all of the following changes to your mortgage loan: 1) Bringing your account current; 2) Reducing the interest rate on your loan; 3) Extending the term of the loan, and/or 4) delaying your repayment of a portion of the mortgage principal until the end of the loan term.

**STEP 1 GATHER THE INFO WE NEED TO HELP YOU**

To take advantage of this opportunity and the Home Affordable Modification Program, contact us as soon as possible. To help speed the process it will be helpful if you have the following information when you call:

- Loan number
- Monthly pre-tax income of each borrower
- Information about any financial hardship you are suffering

If you do not qualify for a loan modification under this program, or do not want to stay in your home or keep your rental property, we will work with you to explore other options available to help you keep your property or ease your transition to a new home, if applicable.

**STEP 2 CONTACT US**

We want to make modifying your mortgage loan as easy as possible. However, you must take the first step by contacting us at (800) 746-2936; Monday to Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm, and Sunday 12:00 pm to 9:00 pm ET. You may also write to us at the address at the bottom of this letter. Be sure to include the information listed above.

Sincerely,

Ocwen Loan Servicing
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

The *Making Home Affordable* program was created to help millions of homeowners refinance or modify their mortgages. As part of this program, we – your mortgage servicer – and the Federal Government are working to offer you options to help you stay in your home.

7090566105

FCSLR.9

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. If you or your account are subject to a pending bankruptcy or your obligation referenced in this statement has been discharged in bankruptcy, this statement is for informal purposes only and is not an attempt to collect a debt.*

*NMLS # 1852*

## U.S. Supreme Court Refuses To Review Ruling Upholding Dismissal Of RESPA Suit

Posted by

Shane Dilworth

WASHINGTON, D.C. - (Mealey's) The U.S. Supreme Court on Oct. 1 denied a couple's petition for a writ of *certiorari* seeking review of a Fifth Circuit U.S. Court of Appeals ruling that affirmed the dismissal of their suit accusing a loan servicer of violating the Real Estate Settlement Procedures Act (RESPA) (Jenara Steele, et al. v. Green Tree Servicing LLC, et al., No. 11-1288, U.S. Sup.).



Plaintiffs Jenara and Shannon Steele said in their April 24 petition that the appeals court erred in upholding a ruling that Green Tree Servicing LLC did not receive a copy of the plaintiffs' qualified written request (QWR) for information about their loan because it was sent to the wrong address. The plaintiffs asserted that the loan servicer's failure to respond to the QWR violated RESPA.

The Steeles obtained a loan from CTX Mortgage Co. in 1996 to purchase their home. CTX assigned the plaintiffs' note and deed of trust to GE Mortgage Services LLC, which then assigned the deed of trust to defendant REO Properties Corp. REO first used Ocwen Loan Servicing LLC to service the loan, but Green Tree was assigned as the loan servicer in April 2008.

The Steeles contend that they received a letter from Green Tree explaining that it was the new loan servicer but that the letter gave two addresses for correspondence: a payment address that was specifically set out and an address for QWRs that was buried in a paragraph of text. In October 2008, Green Tree and REO claimed that the plaintiffs were $200,000 in arrears on their loan, and counsel for the plaintiffs sent a QWR to the address provided by Green Tree's collection group. Green Tree did not respond to the QWR.

On Jan. 16, 2009, counsel for Green Tree sent the couple a notice of intent to accelerate, and the Steeles responded by sending a second QWR on Jan. 22. Green Tree stated in a facsimile dated March 16 that it could not respond to the QWR because it was not sent to the proper address and was not accompanied by

authorization from the plaintiffs. The Steeles originally sued Green Tree and REO in April 2009. On Sept. 7, 2010, U.S. Judge Sidney A. Fitzwater of the Northern District of Texas awarded summary judgment to the defendants on the couple's RESPA claim after finding that Green Tree never received a QWR from the plaintiffs because it was sent to the wrong address. The plaintiffs' subsequent motion to alter or amend judgment was denied, so they appealed to the Fifth Circuit.

On Dec. 12, 2011, the Fifth Circuit affirmed the decision "for essentially the same reasons stated by the district court." The Steeles' request for a panel hearing was denied.

The plaintiffs are represented by David M. Vereeke of Gagnon Peacock Shanklin & Vereeke in Dallas. Richard A. McKinney of Higier Allen & Lautin in Addison, Texas, is counsel for Green Tree.

**For all of your legal news needs, please visit www.lexisnexis.com/mealeys.**

**Lexis.com subscribers may search all Mealey Publications.**

**Non-subscribers may search for Mealey Publications stories and documents at www.mealeysonline.com or visit www.Mealeys.com.**

**Mealey's is now available in eBook format!**


Oct 1, 2012 ... Tort & Personal Injury Treatises ... REO first used Ocwen Loan Servicing LLC to service the loan, but Green Tree was assigned as the loan ...california Official Reports: Electronic Advance Sheet - Court ...


Oct 16, 2012 ... Ocwen Loan Servicing, LLC, B229112, COURT OF APPEAL OF CALIFORNIA, ...
CORE TERMS: modification agreement, revised, cause of action, signature, foreclosure, condition precedent, .... Tort & Personal Injury Treatises


Oct 16, 2012 ... Ocwen Loan Servicing, LLC, B229112, COURT OF APPEAL OF CALIFORNIA, ...
CORE TERMS: modification agreement, revised, cause of action, signature, foreclosure, condition precedent, .... T

**Ocwen Loan Servicing, LLC**
*Helping Homeowners is What We Do*

WWW.OCWEN.COM

**IMPORTANT NOTICE** — We want to help you avoid foreclosure scams:

## FINANCIAL COUNSELING SERVICES

When you are experiencing a financial hardship, counseling may be a way to help you manage your finances. We urge you to contact HUD approved agencies to obtain assistance in keeping your home. This assistance is available at no charge. For specific guidance on this notice or information related to the Home Affordable Modification Program, ask the counselor for MHA HELP.

**HUD Approved Housing Counseling:**     1-800-569-4287 www.HUD.gov

**HOPE Hotline Number:**     1-888-995-4673

### Beware of Foreclosure Rescue Scams. Help is free!

- There is never a fee to get assistance or information about the Making Home Affordable Program from your lender or a HUD approved housing counselor
    - For a HUD-approved counselor, visit: http://www.hud.gov/offices/hsg/sfh/hcc/fc/
- Beware of any person or organization that asks you to pay a fee in exchange for housing counseling services or modification of a delinquent loan.

7090566105     FCSLR.9

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. If you or your account are subject to a pending bankruptcy or your obligation referenced in this statement has been discharged in bankruptcy, this statement is for informal purposes only and is not an attempt to collect a debt.*
*NMLS # 1852*

Justia.com    Lawyer Directory    Legal Answers    Dockets & Filings    more ▼                                Sign In

**Justia Dockets & Filings BETA**

Party Name: Ocwen Loan Servicing, LLC       Search | Advanced Search
Filed In: Virginia Feder...   Judge: Any    Case Type: All Types
Doc Filter: All Case Filings  Filed After: All Dates   Filed Before: Now

Justia > Dockets & Filings > Fourth Circuit > Virginia > matching "Ocwen Loan Servicing, LLC"

NEW - Receive Justia's FREE Daily Newsletters of Opinion Summaries for the US Supreme Court, all US Federal Appellate Courts & the 50 US State Supreme Courts and Weekly Practice Area Opinion Summaries Newsletters. **Subscribe Now**

### Cases by Type of Lawsuit

| Real Property | Civil Rights | Other Statutes |
| Torts - Property | Bankruptcy | |

Justia on    Follow

+6,632

Like    134,255 people like this. Sign Up to see what your friends like.

### Cases by Court

Virginia Eastern    Virginia Western

### Cases filed in Virginia matching "Ocwen Loan Servicing, LLC"

Cases 1 - 15 of 15             🔲 RSS FEED    View as Table

**Vells v. OCWEN Loan Servicing, LLC. et al**
Filed: June 12, 2013 as 1:2013cv00708
Plaintiff: Vincent B. Vells
Defendants: OCWEN Loan Servicing, LLC.Â , Mortgage Electronic Registration Systems, Inc. ("MERS")Â and GMAC Mortgage, LLCÂ
Cause Of Action: Fair Credit Reporting Act
Court: Fourth Circuit > Virginia > Eastern District Court
Type: Other Statutes > Consumer Credit

**Robles v. Ocwen Loan Servicing, LLC et al**
Filed: May 16, 2013 as 1:2013cv00602
Plaintiff: Ismael Diaz Robles
Defendants: Ocwen Loan Servicing, LLC , Samuel I. White, P.C., Deutsche Bank National Trust Company and Doe 1-100
Cause Of Action: Notice of Removal-Declaratory Judgment
Court: Fourth Circuit > Virginia > Eastern District Court
Type: Real Property > All Other Real Property

**Hill et al v. Ocwen Loan Servicing, LLC et al**
Filed: March 12, 2013 as 3:2013cv00155
Plaintiffs: Kim D. HillÂ and Michael L. HillÂ
Defendants: Ocwen Loan Servicing, LLC, Equifax Information Services, LLCÂ , Trans Union, LLC and Experian Information Solutions, Inc.Â
Cause Of Action: Violation of Real Estate Settlement Procedure Act
Court: Fourth Circuit > Virginia > Eastern District Court
Type: Other Statutes > Consumer Credit

**Barklow v. Equifax Information Services, L.L.C. et al**
Filed: October 2, 2012 as 3:2012cv00695
Plaintiff: Christina BarklowÂ

### Ask a Lawyer

Question:
Enter your question here. e.g., Do I need a bankruptcy lawyer?

Ask Question

### Connect with Justia

Follow JustiaCom

Like Justia

Justia   Like
134,256 people like Justia.

Facebook social plugin

### Find a Lawyer

Legal Issue or Lawyer Name
Virginia                Search

Lawyers in Virginia

Matthew H. Johnson
Construction Law
McLean, VA

J. Kyle Parmer
Divorce, Family Law
Charlottesville, VA

Thomas Soldan
Medical Malpractice
Warrenton, VA

Samuel B. Edwards
Broker Fraud, Consumer Law, Securities

**Defendants:** Equifax Information Services, L.L.C., Trans Union LLC, Experian Information Solutions, Inc., Homeward Residential, Inc. and Ocwen Loan Servicing, LLC
**Cause Of Action:** Fair Credit Reporting Act
**Court:** Fourth Circuit > Virginia > Eastern District Court
**Type:** Other Statutes > Consumer Credit


Alexandria, VA


Elisha Roberts Dillard
Personal Injury
Occoquan, VA

See More Lawyers

**Lawyers - Get Listed Now!**
Get a free full directory profile listing

### Smith v. Ocwen Loan Servicing, LLC et al
**Filed:** July 27, 2012 as 3:2012cv00551
**Plaintiff:** Jo W Smith
**Defendants:** Ocwen Loan Servicing, LLC, Equifirst Corp., Samuel I. White, P.C., Samuel I. White and Meridian Settlement Concepts, Inc.
**Cause Of Action:** Fed. Question: Civil Rights Violation
**Court:** Fourth Circuit > Virginia > Eastern District Court
**Type:** Civil Rights > Other Civil Rights

### Callahan v. Cregger et al
**Filed:** May 7, 2012 as 3:2012cv00023
**Appellant:** William E. Callahan, Jr.
**Appellees:** Richard T. Cregger, Deutsche Bank National Trust Company, Ocwen Loan Servicing, LLC and Saxon Mortgage Services, Inc.
**Debtors:** Daniel R. Osteen and Rhonda G. Osteen
**Interested Party:** Bankruptcy-Lynchburg
**Trustee:** U. S. Trustees Office
**Cause Of Action:** Notice of Appeal re Bankruptcy Matter (BA
**Court:** Fourth Circuit > Virginia > Western District Court
**Type:** Bankruptcy > Appeal

### Yarney v. Ocwen Loan Servicing, LLC et al
**Filed:** March 21, 2012 as 3:2012cv00014
**Plaintiff:** Sarah C. Yarney
**Defendants:** Ocwen Loan Servicing, LLC and Wells Fargo Bank, NA
**Cause Of Action:** Fair Debt Collection Act
**Court:** Fourth Circuit > Virginia > Western District Court
**Type:** Other Statutes > Other Statutory Actions

### Velasquez v. Ocwen Loan Servicing, LLC et al
**Filed:** January 18, 2012 as 1:2012cv00058
**Plaintiff:** Julio Velasquez
**Defendants:** Ocwen Loan Servicing, LLCÂ and ALG Trustee, LLC
**Cause Of Action:** Notice of Removal - Fair Debt Collection Act
**Court:** Fourth Circuit > Virginia > Eastern District Court
**Type:** Other Statutes > Consumer Credit

### Satchell v. Ocwen Loan Servicing, LLC et al
**Filed:** March 3, 2011 as 3:2011cv00144
**Plaintiff:** Yolanda SatchellÂ
**Defendants:** Ocwen Loan Servicing, LLCÂ and Nectar Projects, Inc.
**Cause Of Action:** Notice of Removal
**Court:** Fourth Circuit > Virginia > Eastern District Court
**Type:** Other Statutes > Consumer Credit

### Stewart et al v. HSBC Bank, USA et al

Filed: August 20, 2010 as 3:2010cv00586
**Plaintiffs:** Shirley Stewart and Larry Stewart
**Defendants:** HSBC Bank, USA, MERS, Delta Funding Corporation, Ocwen Loan Servicing, LLC, Nectar Projects, Inc. and others
**Cause Of Action:** Fed. Question: Civil Rights Violation
**Court:** Fourth Circuit > Virginia > Eastern District Court
**Type:** Torts - Property > Truth in Lending

### Hammett et al v. Deutsche Bank National Trust Company et al ✦

Filed: December 23, 2009 as 1:2009cv01401
**Plaintiffs:** Vernon Hammett and Judith Hammett
**Defendants:** Deutsche Bank National Trust Company, Bravo Mortgage Asset Trust 2006-1, Ocwen Loan Servicing, LLC, Option One Mortgage Corporation, Bear Stearns Mortgage Corporation and others
**Cause Of Action:** Notice of Removal - Fair Debt Collection Act
**Court:** Fourth Circuit > Virginia > Eastern District Court
**Type:** Other Statutes > Consumer Credit

### Williams v. Experian Information Solutions, Inc. et al

Filed: October 8, 2009 as 3:2009cv00639
**Plaintiff:** Willie E. Williams
**Defendants:** Experian Information Solutions, Inc., Trans Union, LLC., AFNI, Inc., Cavalry Portfolio Service, RJM ACQ, LLC. and others
**Cause Of Action:** Fair Credit Reporting Act
**Court:** Fourth Circuit > Virginia > Eastern District Court
**Type:** Other Statutes > Consumer Credit

### Allison et al v. Shapiro & Burson, LLP et al ✦

Filed: July 7, 2009 as 1:2009cv00057
**Plaintiffs:** William C. Allison and Kay T. Allison
**Defendants:** Shapiro & Burson, LLP, Professional Foreclosure Corporation of America and Ocwen Loan Servicing, LLC
**Cause Of Action:** Truth in Lending
**Court:** Fourth Circuit > Virginia > Western District Court
**Type:** Real Property > Torts to Land

### Ross et al v. Ocwen Loan Servicing, Inc. et al

Filed: September 30, 2008 as 3:2008cv00635
**Plaintiffs:** Delroy Ross and Carla Y. McDonald-Ross
**Defendants:** Ocwen Loan Servicing, Inc., Professional Foreclosure Corporation of Virginia, Experian Information Solutions, Inc., Equifax Information Services, LLC and Transunion LLC
**Cause Of Action:** Federal Question
**Court:** Fourth Circuit > Virginia > Eastern District Court
**Type:** Other Statutes > Other Statutory Actions

### Ocwen Loan Servicing, LLC v. Mortgage Electronic Registration Systems, Inc.

Filed: August 7, 2008 as 1:2008cv00824
**Plaintiff:** Ocwen Loan Servicing, LLC
**Defendant:** Mortgage Electronic Registration Systems, Inc.
**Cause Of Action:** Federal Question
**Court:** Fourth Circuit > Virginia > Eastern District Court

**Type:** Other Statutes > Other Statutory Actions

The Justia Federal District Court Filings & Dockets site republishes public litigation records retrieved from the US Federal District Courts. These filings and docket sheets should not be considered findings of fact or liability, and do not necessarily reflect the view of Justia.

© 2007-2013 Justia :: Company :: Terms of Service :: Privacy Policy :: Contact Us

**COVER SHEET FOR FILING CIVIL ACTIONS**     Case No. ...CL13-1260...
COMMONWEALTH OF VIRGINIA     (CLERK'S OFFICE USE ONLY)

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Circuit Court

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ v./In re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
PLAINTIFF(S)                    DEFENDANT(S)

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓     ▓▓▓▓▓ POOKE SUBSTITUTE LTD TRUSTEE

I, the undersigned ☒ plaintiff ☐ defendant ☐ attorney for [ ] plaintiff [ ] defendant hereby notify the Clerk of Court that I am filing the following civil action. (Please indicate by checking box that most closely identifies the claim being asserted or relief sought.)

**GENERAL CIVIL**
Subsequent Actions
☐ Claim Impleading Third Party Defendant
   ☐ Monetary Damages
   ☐ No Monetary Damages
☐ Counterclaim
   ☐ Monetary Damages
   ☐ No Monetary Damages
☐ Cross Claim
☐ Interpleader
☐ Reinstatement (other than divorce or driving privileges)
☐ Removal of Case to Federal Court
Business & Contract
☐ Attachment
☐ Confessed Judgment
☐ Contract Action
☐ Contract Specific Performance
☐ Detinue
☐ Garnishment
Property
☐ Annexation
☐ Condemnation
☐ Ejectment
☐ Encumber/Sell Real Estate
☐ Enforce Vendor's Lien
☐ Escheatment
☐ Establish Boundaries
☐ Landlord/Tenant
   ☐ Unlawful Detainer
☐ Mechanics Lien
☐ Partition
☐ Quiet Title
☐ Termination of Mineral Rights
Tort
☐ Asbestos Litigation
☐ Compromise Settlement
☐ Intentional Tort
☐ Medical Malpractice
☐ Motor Vehicle Tort
☐ Product Liability
☐ Wrongful Death
☒ Other General Tort Liability

**ADMINISTRATIVE LAW**
☐ Appeal/Judicial Review of Decision of (select one)
   ☐ ABC Board
   ☐ Board of Zoning
   ☐ Compensation Board
   ☐ DMV License Suspension
   ☐ Employee Grievance Decision
   ☐ Employment Commission
   ☐ Local Government
   ☐ Marine Resources Commission
   ☐ School Board
   ☐ Voter Registration
   ☐ Other Administrative Appeal

**DOMESTIC/FAMILY**
☐ Adoption
   ☐ Adoption – Foreign
☐ Adult Protection
☐ Annulment
   ☐ Annulment – Counterclaim/Responsive Pleading
☐ Child Abuse and Neglect – Unfounded Complaint
☐ Civil Contempt
☐ Divorce (select one)
   ☐ Complaint – Contested*
   ☐ Complaint – Uncontested*
   ☐ Counterclaim/Responsive Pleading
   ☐ Reinstatement – Custody/Visitation/Support/Equitable Distribution
☐ Separate Maintenance
   ☐ Separate Maintenance Counterclaim

**WRITS**
☐ Certiorari
☐ Habeas Corpus
☐ Mandamus
☐ Prohibition
☐ Quo Warranto

**PROBATE/WILLS AND TRUSTS**
☐ Accounting
☐ Aid and Guidance
☐ Appointment (select one)
   ☐ Guardian/Conservator
   ☐ Standby Guardian/Conservator
☐ Trust (select one)
   ☐ Impress/Declare
   ☐ Reformation
☐ Will (select one)
   ☐ Construe
   ☐ Contested

**MISCELLANEOUS**
☐ Appointment (select one)
   ☐ Church Trustee
   ☐ Conservator of Peace
   ☐ Marriage Celebrant
☐ Bond Forfeiture Appeal
☐ Declaratory Judgment
☐ Declare Death
☐ Driving Privileges (select one)
   ☐ Reinstatement pursuant to § 46.2-427
   ☐ Restoration – Habitual Offender or 3rd Offense
☐ Expungement
☐ Firearms Rights – Restoration
☐ Forfeiture of U.S. Currency
☐ Freedom of Information
☐ Injunction
☐ Interdiction
☐ Interrogatory
☐ Judgment Lien-Bill to Enforce
☐ Law Enforcement/Public Official Petition
☐ Name Change
☐ Referendum Elections
☐ Sever Order
☐ Taxes (select one)
   ☐ Correct Erroneous State/Local
   ☐ Delinquent
☐ Vehicle Confiscation
☐ Voting Rights – Restoration
☐ Other (please specify)

☒ Damages in the amount of $ ▓▓▓▓▓ are claimed.

▓▓▓▓▓▓▓▓▓▓
DATE        ☒ PLAINTIFF    [ ] DEFENDANT    [ ] ATTORNEY FOR   [ ] PLAINTIFF
                                                                                                                           [ ] DEFENDANT

▓▓▓▓▓▓▓▓▓▓
PRINT NAME
▓▓▓▓▓▓▓▓▓▓
ADDRESS/TELEPHONE NUMBER OF SIGNATOR
▓▓▓▓▓▓▓▓▓▓

> *"Contested" divorce means any of the following matters are in dispute: grounds of divorce, spousal support and maintenance, child custody and/or visitation, child support, property distribution or debt allocation. An "Uncontested" divorce is filed on no fault grounds and none of the above issues are in dispute.

FORM CC-1416 (MASTER) PAGE ONE 10/12